**MATERN LAW GROUP, PC**
Matthew J. Matern (SBN 159798)
Email: mmatern@maternlawgroup.com
Joshua D. Boxer (SBN 226712)
Email: jboxer@maternlawgroup.com
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile: (310) 531-1901

**MATERN LAW GROUP, PC**
Corey B. Bennett (SBN 267816)
Email: cbennett@maternlawgroup.com
One Market Plaza, Spear Tower, Suite 3676
San Francisco, California 94105
Telephone: (415) 990-8390
Facsimile: (310) 531-1901

Attorneys for Plaintiffs PERRY WADLER, GERALD SPRINGER JR., TROY WILLIS, AND RAY PAIVA

[*Additional Counsel listed on next page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| PERRY WADLER, GERALD SPRINGER, JR., TROY WILLIS, KEITH TYNER, and ARMEN ABGARYAN and RAY PAIVA, individually, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CUSTARD INSURANCE ADJUSTERS, INC., an Indiana corporation,<br><br>Defendant. | Case No.: 3:17-cv-05840-WHO<br>Case No.: 3:18-cv-02768-WHO<br>Case No.: 3:18-cv-05487-WHO<br>Case No.: 3:18-cv-04670-EDL<br><br>CLASS ACTION<br><br>[Assigned for all purposes to the Honorable William H. Orrick III]<br><br>**DECLARATION OF MATTHEW J. MATERN IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

i        DECLARATION OF MATTHEW J. MATERN

Scott Edward Cole (SBN: 160744)
scole@scalaw.com
**SCOTT COLE & ASSOCIATES, APC**
1485 Civic Court, Suite 1500
Concord, CA 94520
Tel: 510-891-9800
Fax: 510-891-7030

Attorneys for Plaintiff KEITH TYNER

Greg K. Hafif (SBN: 149515)
ghafif@hafif.com
Michael G. Dawson (SBN: 150385)
mgdawson@hafif.com
**LAW OFFICES OF HERBERT HAFIF, P.C.**
269 West Bonita Avenue
Claremont, CA 91711
Tel: 909-624-1671
Fax: 909-625-7772

Larry A. Sackey (SBN: 54474)
lsackey@sackeylaw.com
**LAW OFFICE OF LARRY A. SACKEY**
11500 W. Olympic Blvd., Suite 550
Los Angeles, CA 90064
Tel: 310-575-4444
Fax: 310-575-4520

Attorneys for Plaintiff ARMEN ABGARYAN

# DECLARATION OF MATTHEW J. MATERN

I, MATTHEW J. MATERN, hereby declare as follows:

1. I am an attorney at law, licensed to practice in the State of California and am admitted to practice before this Court. I am the principal of Matern Law Group ("MLG" or "Plaintiffs' Counsel"), counsel of record for Perry Wadler, Gerald Springer Jr., Troy Willis, and Ray Paiva ("Plaintiffs") in the above-captioned action. I make this declaration on the basis of personal firsthand knowledge unless another source of information or belief clearly appears from the context, and as to all such matters, I believe them to be true. If called as a witness, I could and would readily and competently testify to all matters stated within.

2. I make this declaration in support of this Court's Preliminary Approval of the proposed Class Action Settlement.

3. Regrettably, Docket No 19 was filed today without incorporating the necessary changes to brief which my firm provided to related counsel. Nonetheless, I support the relief requested in the motion for the reasons stated below.

## BACKGROUND

4. On March 19, 2018, Corey Bennett join the Matern Law Group (hereinafter "MLG"). Shortly thereafter, Plaintiff Wadler contacted our firm wishing to substitute my firm as his attorneys of record.

5. In July 2018, Plaintiffs Willis and Springers contacted our firm requesting the same. Around this time, we were also retained by Plaintiff Paiva and filed suit on his behalf.

6. On August 15, 2018, my firm attended an all-day mediation with Mr. David A. Rotman, in which I participated telephonically.

\\
\\
\\

## MY EXPERIENCE & QUALIFICATIONS

7. I have a strong record of vigorous and effective advocacy for my clients, and extensive experience handling complex wage and hour class action litigation such as this one.

8. MLG is a nineteen attorney law firm that is actively and continuously practicing in employment litigation, representing almost entirely employee plaintiffs, in both individual and class actions, in both state and federal courts.

9. MLG is qualified to handle this litigation because we are experienced in litigating Labor Code violations in both individual and class action cases. MLG has handled, and is currently handling, numerous wage and hour class action lawsuits.

10. I received a B.A. with honors in 1986 from Tulane University. I received my J.D. from Southwestern University School of Law in 1991. I became an active member of the State Bar of California in September 1992, and have been an active member in good standing continuously since then. I have been practicing as a litigation attorney in Los Angeles since 1992, and have been concentrating on employment litigation since approximately 1997.

11. In 1992, I founded the general partnership which later became knowns as Rastegar & Matern, Attorneys at Law, A Professional Corporation. In 2012, I founded the Law Offices of Matthew J. Matern, which changed its name to Matern Law Group in January 2014, and then to Matern Law Group, PC in May 2016. Since 1992, I have been heavily, successfully, and continuously involved in active litigation and trial work, including extensive work in employment litigation and wage and hour class actions.

12. Over the course of my career, I have been involved in over 100 class action settlements, with many of them settling in the seven figure range, including settlements in the amount of $8.5 million, $7.0 million, $6.0 million, $6.0 million, $5.0 million, $4.5 million, $4.5 million, $4.2 million, $4.2 million, $3.75 million,

MATERN LAW GROUP, PC
1230 ROSECRANS AVENUE, STE 200
MANHATTAN BEACH, CA 90266

2

DECLARATION OF MATTHEW J. MATERN

1  $3.75 million, $3.6 million, $3.3 million, $3.1 million, and $3.0 million. I have represented clients in numerous wage and hour class action lawsuits that settled with per-class-member recoveries in a range similar to the anticipated per-class-member recovery in the instant case.  I have also been appointed class counsel in over twenty certified wage and hour class action cases which involved contested certification proceedings.

13. I have been counsel in a number of cases which resulted in published appellate victories including *ABM Industries Overtime Cases*, 19 Cal. App. 5th 277 (Dec. 11, 2017); *Julian v. Glenair, Inc*., 19 Cal. App. 5th 277 (Nov. 27, 2017); *Franco v. Athens Disposal Company, Inc.,* 171 Cal. App. 4th 1277 (2009); *Gutierrez v. California Commerce Club,* 187 Cal. App. 4th 969 (2010); *Pantoja v. Anton,* 198 Cal. App. 4th 87 (2011); *Fuentes v. AutoZone, Inc.,* 200 Cal. App. 4th 1221 (2011); *Ventura v. ABM Industries, Inc.*, 212 Cal. App. 4th 258 (2012); and *Franco v. Arakelian Enterprises, Inc.,* 211 Cal. App. 4th 314 (2012); and other non-published appellate victories.

14. Of the 19 attorneys at MLG, I am the attorney with the most active trial and pretrial calendar.  I have personally tried approximately twenty-five cases, including approximately twenty jury trials.

15. My work has led me to be recognized as a Southern California Super Lawyer every year since 2009.

16. Joshua D. Boxer is a senior associate at MLG.  He graduated from the University of California, Santa Barbara in 1999 and received his J.D. from University of California, Davis School of Law in 2003.  He has been an active member of the California State Bar in good standing since November of 2003. Mr. Boxer has over 15 years' of experience representing plaintiffs in employment litigation, including significant experience in wage and hour and consumer class actions. Mr. Boxer has achieved numerous appellate victories, including *Jesus Mendoza v. Century Fast Foods*, (No. B267158, 2016 WL 6610287 (Cal. Ct. App.

Nov. 9, 2016)), and *In re Wal-Mart Wage & Hour Employment Practices Litig.*, 737 F.3d 1262 (9th Cir. 2013); reached notable settlements, and obtained a number of favorable jury verdicts, including a jury verdict of over $25 million in *Valladares v. Madera Quality Nut*, and a recent (2018) jury verdict of just under $500,000 in *Vilma Aguilar v. Blaze Pizza, LLC et al*. He has been appointed class counsel in numerous cases, as well as Interim Co-Lead Counsel in *MDL 2448: In re Anheuser-Busch Beer Labeling Litigation.* Mr. Boxer also has the rare experience of trying a wage and hour class action to a jury.

17. Corey Bennett is an associate at MLG. Mr. Bennett graduated from Northern Arizona University in 2003, where he was a Dean's Merit Scholar. He received a Master's of Public Administration from the University of Southern California in 2006 and earned his J.D. from University of San Francisco School of Law in 2009. He has been an active member of the California State Bar in good standing since November 2009. Mr. Bennett has approximately eight years' experience representing plaintiffs in employment and consumer litigation, including wage-and-hour class actions.

18. Kiran Prasad is an associate at MLG. Ms. Krasad graduated from Rutgers University (B.A. in Biology) in 1999, a graduate degree from Columbia University (M.S. in Nutrition) in 2001, and earned her J.D. from UCLA School of Law in 2008. She has been an active member of the California State Bar in good standing since March 2008. Ms. Prasad has approximately nine years' experience representing plaintiffs in employment and consumer litigation, including wage-and-hour class actions.

## LODESTAR & COSTS

19. My firm's lodestar, as of January 14, 2019, is $ 212,350.00, which is based on approximately 296.1 hours litigating the Action, excluding paralegal time. The total hours worked by each attorney are as follows:

| Attorney | Hours | Rate | Value |
|---|---|---|---|
| Matthew J. Matern | 27.0 | $ 925.00 | $ 24,975.00 |
| Joshua D. Boxer | 44.4 | $ 800.00 | $ 35,520.00 |
| Corey B. Bennett | 217.4 | $ 675.00 | $146,745.00 |
| Kiran Prasad | 7.3 | $700.00 | $5,110.00 |
| **Total Number of Hours** | **296.1** | **Total Lodestar** | **$212,350.00** |

20. I estimate that my firm will need to expend at least another 40 to 60 hours preparing the motion for final approval, and arguing the same, as well as responding to class member inquiries, and monitoring the settlement administration. Based on experience, we will have class members calling our office to inquire about the status of the case and to ask for further information on a frequent basis. We also bear the risk of taking whatever actions are necessary if Defendant fail to pay.

21. My firm's costs, which include expert analysis of Defendant's records in preparation for the mediation, filing fees, delivery charges, and travel, total $1,532.17. I anticipate we may incur another $500 to $1,000 in additional costs between now and final approval.

22. Although I was prepared to litigate the claims in this action, I support the proposed settlement as being in the best interests of the proposed class.

23. I am not aware of any conflicts of interest between Plaintiff and the Class Members or MLG and the Class Members.

Executed on January 16, 2019 at Manhattan Beach, California.

                                              /s/ Matthew J. Matern
                                              Matthew J. Matern