MARK A. SAXON (SBN: 062642)
msaxon@grsm.com
TRAVIS JANG-BUSBY (SBN: 283256)
tjangbusby@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (213) 576-5090
Facsimile: (619) 696-7124

Attorneys for Defendant CUSTARD INSURANCE ADJUSTERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WADLER, GERALD, SPRINGER, TROY WILLIS, and KEITH TYNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CUSTARD INSURANCE ADJUSTERS, INC.,<br><br>Defendants. | CASE NO. 3:17-cv-05840-WHO<br><br>**NOTICE OF NON-OPPOSITION BY DEFENDANT TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. William H. Orrick<br>Ctrm: 2 |

Defendant Custard Insurance Adjusters hereby submits its Notice of Non-Opposition to Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, initially filed herein on January 16, 2019 and encompassing Document No's 71, 72 and 73.

DATED: February 1, 2019

GORDON REES SCULLY MANSUKHANI, LLP

By: _____*/s/ Mark A. Saxon*_____
Mark A. Saxon
Travis Jang-Busby
Attorneys for Defendant
CUSTARD INSURANCE ADJUSTERS, INC.

-1-
NOTICE OF NON-OPPOSITION BY DEFENDANT TO PLAINTIFFS' MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

```
MARK A. SAXON  (SBN:  062642)
msaxon@grsm.com
TRAVIS JANG-BUSBY (SBN: 283256)
tjangbusby@grsm.com
```
**GORDON REES SCULLY MANSUKHANI, LLP**
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone:  (619) 696-6700
Facsimile:  (619) 696-7124

Attorneys for Defendant CUSTARD INSURANCE ADJUSTERS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WADLER, GERALD, SPRINGER, TROY WILLIS, and KEITH TYNER, individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>    vs.<br><br>CUSTARD INSURANCE ADJUSTERS, INC.,<br><br>             Defendants. | CASE NO. 3:17-cv-05840-WHO<br><br>**PROOF OF SERVICE**<br><br>Judge:   Hon. William H. Orrick<br>Ctrm:    2 |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani, 101 W. Broadway, Suite 2000, San Diego, CA  92101.  On February 1, 2019, I served the foregoing document(s) entitled:

**NOTICE OF NON-OPPOSITION BY DEFENDANT TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

☐ **BY ELECTRONIC MAIL** by transmitting via electronic mail the document(s) listed above to the address(es) listed below on this date pursuant to FRCP 5(b)(2)(E).

☒ **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to the email address(es) listed in the Electronic

-1-
PROOF OF SERVICE

Mail Notice List and denoted below, which constitutes service pursuant to FRCP 5(b)(3).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

| | |
|---|---|
| Corey B. Bennett<br>MATERN LAW GROUP, PC<br>One Market Plaza<br>Spear Tower, Suite 3676<br>San Francisco, CA  94105<br>Tel:  855-888-2651<br>Fax:  310-531-1901<br>cbennett@maternlawgroup.com | Counsel for Plaintiffs Gerald Springer Jr., Troy Willis and Perry Wadler |
| Matthew J. Matern<br>Joshua D. Boxer<br>MATERN LAW GOUP, PC<br>1230 Rosecrans Avenue, Suite 200<br>Manhattan Beach, CA  90266<br>Tel:  310-531-1900<br>Fax: 310-531-1901<br>mmatern@maternlawgroup.com<br>jboxer@maternlawgroup.com | Counsel for Plaintiffs Gerald Springer Jr., Troy Willis and Perry Wadler |
| Scott Edward Cole<br>SCOTT COLE & ASSOCIATES, APC<br>1485 Civic Court, Suite 1500<br>Concord, CA  94520<br>Tel:  510-891-9800<br>Fax:  510-891-7030<br>scole@scalaw.com | Counsel for Plaintiff Keith Tyner |

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on February 1, 2019 at San Diego, California.

*[signature]*

1
2                                                          _____
                                                             MARY ANN SANTOS
3
4
...

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

1145262/39035351v.1