Scott Edward Cole, Esq. (S.B. #160744)
Andrew Daniel Weaver, Esq. (S.B. #318935)
**SCOTT COLE & ASSOCIATES, APC**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: scole@scalaw.com
Email: aweaver@scalaw.com
Web: www.scalaw.com

Attorneys for Plaintiff Keith Tyner
and the Putative Classes

(*Additional counsel appearing on next page*)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERRY WADLER, GERALD SPRINGER, TROY WILLIS, KEITH TYNER, ARMEN ABGARYAN and RAY PAIVA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> CUSTARD INSURANCE ADJUSTERS, INC., <br><br> Defendants | **Case No.: 3:17-cv-05840-WHO** <br> **Case No.: 3:18-cv-02768-WHO** <br> **Case No.: 3:18-cv-05487-WHO** <br> **Case No.: 3:18-cv-04670-WHO** <br><br> <u>**CLASS ACTION**</u> <br><br> [Assigned for all purposes to the Honorable William H. Orrick III] <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION ATTORNEYS' FEES AND EXPENSES** <br><br> Date: July 17, 2019 <br> Time: 2:00 PM <br> Crtrm: 12 |

Greg K. Hafif, Esq. (S.B. #149515)
Michael G. Dawson, Esq. (S.B. #150385)
**LAW OFFICES OF HERBERT HAFIF, P.C.**
269 West Bonita Avenue
Claremont, California 91711
Telephone: (909) 624-1671
Facsimile:  (909) 625-7772
Email:  ghafif@hafif.com
Email:  mgdawson@hafif.com

Larry A. Sackey, Esq. (S.B. #54474)
**LAW OFFICE OF LARRY A. SACKEY**
11500 W. Olympic Blvd., Suite 550
Los Angeles, California 90064
Telephone: (310) 575-4444
Facsimile:  (310) 575-4520
Email:  lsackey@sackeylaw.com

Attorneys for Plaintiff Armen Abgaryan

Joshua D. Boxer, Esq. (S.B. #280126)
**MATERN LAW GROUP, PC**
1230 Rosecrans Avenue, Suite 200
Manhattan Beach, California 90266
Telephone: (310) 531-1900
Facsimile:  (310) 531-1901
Email:  mmatern@maternlawgroup.com
Email:  jboxer@maternlawgroup.com

Corey B. Bennett, Esq. (S.B. #267816)
**MATERN LAW GROUP, PC**
One Market Plaza, Spear Tower, Suite 3676
San Francisco, California 94105
Telephone: (415) 990-8390
Facsimile:  (310) 531-1901
Email:  cbennett@maternlawgroup.com

Attorneys for Plaintiffs Perry Wadler, Gerald Springer Jr.,
Troy Willis and Ray Paiva

This matter, having come before The Honorable William Orrick of the United States District Court of the Northern District of California, in the County of San Francisco, at 2:00 p.m. on July 17, 2019, with Scott Cole & Associates, APC; Law Offices of Herbert Hafif, P.C.; Law Office of Larry A. Sackey and Matern Law Group, P.C. appearing as counsel for Representative Plaintiffs Perry Wadler, Gerald Springer, Troy Willis, Keith Tyner, Armen Abgaryan and Ray Paiva, individually and on behalf of the Plaintiff class; and Gordon Rees Scully Mansukhani, LLP appearing as counsel for Defendant Custard Insurance Adjusters, Inc. ("Defendant"). The Court, having carefully considered the briefs, argument of counsel and all matters presented to the Court and good cause appearing, hereby GRANTS Plaintiffs' Motion for Attorneys' Fees and Expenses.

## **FINDINGS**

Based on the oral and written argument and evidence presented in connection with the motion, the Court makes the following findings:

1. All terms used herein shall have the same meaning as defined in the Settlement Agreement.

2. This Court has jurisdiction over the subject matter of this litigation pending before the United States District Court of the Northern District of California, Case Nos. 3:17-CV-00253-DMS-WVG, 3:17-cv-05840-WHO, 3:18-cv-02768-WHO, 3:18-cv-05487-WHO, 3:18-cv-04670-WHO and the Settlement Classes.

**Preliminary Approval of the Settlement**

3. On March 12, 2019, the Court granted preliminary approval of a class-wide settlement. At this same time, the Court approved certification of provisional Settlement Classes (for settlement purposes only).

**Attorneys' Fees**

4. The Agreement provides for an award of up to $810,000 to Class Counsel as attorneys' fees in this action, representing 33 1/3% of the Gross Settlement Fund, plus actual costs, subject to the Court's approval. Class Counsel requests an award of $15,000 as reimbursement for litigation costs, and $810,000 for attorneys' fees.

5. An award of $810,000 for attorneys' fees and $15,000 for litigation costs is reasonable, in light of the contingent nature of Class Counsel's fee, the hours worked by Class Counsel, and the results achieved by Class Counsel. The requested attorneys' fees award represents 33 1/3% of the Gross Settlement Fund, which is reasonable, particularly in light of the significant amount of uncompensated work Class Counsel anticipates post-final approval-of the settlement.

## ORDERS

Based on the foregoing findings, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Class Counsel are awarded attorneys' fees in the amount of $810,000.
2. Class Counsel are reimbursed litigation costs in the amount of $15,000.
3. Class Counsel shall not seek or obtain any other compensation or reimbursement from Defendant, Plaintiffs, or members of the Settlement Classes.

**IT IS SO ORDERED.**

Dated: _____

By: _____
The Honorable William H. Orrick III
Judge of the United States District Court

[PROPOSED] ORDER RE: MOTION FOR ATTORNEYS' FEES/EXPENSES